UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMITH BARNEY,

    Plaintiff,

v.                                  CASE NO: 8:05-cv-1366-T-23TBM

GERALD V. ALLEN, et al.,

    Defendants.
_____/

## ORDER

The plaintiff submits a notice of settlement and withdraws a motion (Doc. 2) for a temporary restraining order. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on July 25, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy